**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| In Re: | ) IN CHAPTER 7 PROCEEDINGS |
| | ) |
| PARKEOKA HUDDLESTON, | ) BK 11-31235 |
| | ) |
| Debtor(s). | ) |

## MOTION TO COMPEL TURNOVER BY DEBTOR

Comes now Donald M. Samson, trustee, by his attorney, and files this Motion to Compel Turnover by Debtor and in support thereof shows as follows:

1. That debtor is in possession of the following described personal property:

    Non-exempt equity in 1988 Lincoln Town car and jewelry in the amount of $1,315.00

2. That there is substantial equity over and above the liens and exemptions in said personal property.

3. That the trustee has offered to the debtor to sell the debtor his equity in said personal property or in the alternative demanded turnover of possession of said personal property.

4. That debtor has failed and refused to agree to pay to the trustee the estate's equity in said personal property and has failed and refused to turnover possession of said personal property to the trustee.

5. That said personal property is in the possession of debtor and would constitute property of the estate in possession of the debtor subject to turnover to the trustee pursuant to 11 USC Sect. 701.

WHEREFORE, Donald M. Samson, trustee, prays that debtor be ordered to turnover to Donald M. Samson, trustee, possession of the personal property described herein and for such further relief as this court deems just and equitable.

DATE: 10/5/11

/s/ Donald M. Samson_____
DONALD M. SAMSON, Attorney for Trustee
226 W. Main St., Ste., 102
Belleville, IL  62220
618-235-2226

## CERTIFICATE OF SERVICE

      The undersigned certifies that on the 5th day of October, 2011, a copy of the foregoing document, Motion to Compel Turnover, was served upon the following electronically or by first class mail:

Mr. Robert E. Faerber  
Attorney at Law  
230 S. Bemiston, Ste. 600  
Clayton, MO  63105  

U.S. Trustee  
Becker Bldg., Rm. 1100  
401 Main St.  
Peoria, IL  61602  

                                            /s/ Barbara Beck_____